

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00876-CV

**VIP FLOORING,** LLC and Philip Vipond,
Appellants

v.

Curtis **WALKER**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-159
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

A copy of appellants' notice of appeal was filed in this court on December 19, 2019. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant by letter dated December 19, 2019, that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Nohl Bryant file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Bryant to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal as ordered.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court